Others, Appellants.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ARNOLD ETTINGER, Appellant, v. SCHWEIZERISCHER BANKVEREIN, Respondent. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HENRY W. McMASTER and Others, as Receivers, etc., Respondents, v. GEORGE J. GOULD, Appellant, Impleaded, etc.— Motion granted upon the question whether the executors are suable here without their consent upon the cause of action set forth in the complaint. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Petition of DON M. KELLEY and Others. DON M. KELLEY and Others, Appellants, v. FREDERICK R. BAUER and Others, Respondents.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

A. SIDNEY DAVISON COAL CO., INC., Respondent, v. WESTON, DODSON & CO., INC., Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BLUE RIDGE COAL CORPORATION and Another, Respondents, v. GENEVIEVE MAY LEWIS, Defendant, Impleaded with ROYAL INDEMNITY COMPANY, Appellant. — Motion granted. Settle order containing questions to be certified on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WALTER RIKER, Respondent, v. EDWARD A. THOMPSON, Appellant. FRANCES RIKER, Respondent, v. EDWARD A. THOMPSON, Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GLENBROOK COMPANY, INC., Respondent, v. W. HUNT HALL, Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

OSCAR L. RICHARD and Others, Respondents, v. AMERICAN UNION BANK, Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH L. VIESER, Appellant, v. DAVID S. BELLOWS, Respondent.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRANCIS L. KOHLMAN and Others, Appellants, v. INSURANCE COMPANY OF NORTH AMERICA, Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ABIGAIL HANCOCK BISHOP, Respondent, v. JAMES C. BISHOP, Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ABIGAIL HANCOCK BISHOP, Respondent, v. MOSES TAYLOR and Others, Defendants, Impleaded with JAMES C. BISHOP, Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL PETT, Respondent, v. MAX SPIEGEL and Others, Appellants.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BEVERLY D. HARRIS, Appellant, v. ELEANOR E. L. HARRIS, Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.